## DECLARATION IN SUPPORT OF FORFEITURE COMPLAINT

**I.** **Purpose of the declaration**

This affidavit is submitted in support of a complaint for forfeiture of **$ 7,750.00 U.S. Currency seized on May 3, 2012, at approximately 0740 hours, from 6810 Highview Terrace, Apt#304 Hyattsville, MD.** I submit that there are sufficient facts to support that this property, United States Currency found in the residence was seized pursuant to a State ordered search and seizure warrant for the residence which the money was seized is therefore, forfeitable to the United States of America pursuant to 21 U.S.C. Section 881 (a) (6) and (11).

**II.** **Declarant**

Granville V. Johnson, Special Agent, Drug Enforcement Administration, Washington Division Office.

**III.** **Facts**

1. The information set forth below is based upon information provided by the submitting agency's official police records, and other public records. During a several month investigation into stolen vehicles, members of the Prince George's County Police Wave Team observed several vehicles with fraudulent Vehicle Identification Numbers (VIN) and temporary tags in the parking lot of 6810 Highview Terrace. The investigators observed parking permits in the windows of the vehicles. The investigators returned a few days

later to discover only one the vehicles was present and no longer had a temporary tag. The investigator went to the management office to determine from the parking permit which apartment and the name of the resident the parking space was assigned. The parking permit was assigned to 6810 Highview Terrace, Apt#304; leased to Racford Marshall.

2. Investigators checked the tag with the MVA database and the vehicle came back registered to Krystle Marshall of 6810 Highview Terrace, Apt#304 Hyattsville, MD. The vehicle still carried the same fraudulent VIN.

3. On May 3, 2012, State ordered search and seizure warrant was executed on 6810 Highview Terrace, Apt#304 Hyattsville, MD in reference to the ongoing auto theft investigation.

4. Entry was made at the aforementioned location. Marshall was located and the key to the vehicle being investigated was located inside the apartment. Prince George's County Police K-9 alerted on the vehicle, a search of the vehicle turned up a clear plastic container with a red lid found on the right rear floorboard. Inside the container were two glassine sandwich bags that contained marijuana.

5. During the search of the apartment $7750.00 in United States Currency was seized. Marijuana was found in the bathroom toilet.

## IV. Conclusion

Based on the foregoing, I submit that there is a reasonable basis to believe that the **$7,750.00 in U.S. Currency** was proceeds from sells of controlled substance or intended to be furnished in exchange for a controlled substance

and was used and intended to be used to facilitate the distribution and possession with intent to distribute marijuana in violation of 21 U.S.C. Section 841, and is therefore, forfeitable to the United States of America pursuant to 21 U.S.C. Sections 881 (a) (6) and (11). I declare under penalty of perjury as provided in 28 U.S.C. Section 1746 that the foregoing is true and correct to the best of my knowledge and belief.

October 2, 2012
Date

Granville V. Johnson
Special Agent